Cara R. Burns (SBN: 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street, Suite 300
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725
cburns@hmkblawyers.com

Attorneys for Plaintiff,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2009 MAR 24 AM 11:44
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,

    Plaintiff,

v.

JOHN DOES 1-5, JANE DOES 1-4 AND XYZ COMPANY,

    Defendants.

Case No. CV09-1995 ABC (CTx)

[PROPOSED] TEMPORARY RESTRAINING ORDER; ORDER OF SEIZURE; AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

    Based upon the complaint, memorandum of points and authorities, Declaration of Alan Rebhun and the Certificate of Counsel of Cara R. Burns and all other pleadings and proceedings heretofore had herein and good cause being shown:

    **IT IS HEREBY ORDERED** that defendants, John Does 1-5, Jane Does 1-4 and XYZ Company their true identities being unknown (collectively "Defendants), show cause before the Honorable _Audrey B. Collins_, United States District Court Judge, in Courtroom _680_ of the United States District Court for the Central District of California, located at _255 E. Temple St._, Los Angeles, California at _10:00_ a. m. on _4/7_, 2009 or as soon thereafter as counsel can be heard, why an order pursuant to Fed. R. Civ. P. Rule 65, the Lanham Act 15

TRO

1  U.S.C. § 1051 et. seq., and Local Rule 65, should not be entered granting to
2  Plaintiff, **BRAVADO INTERNATIONAL GROUP MERCHANDISING**
3  **SERVICES, INC.,** a preliminary injunction to enjoin the Defendants from
4  manufacturing, distributing, selling or holding for sale, any clothing, jewelry,
5  photographs, posters and other merchandise (collectively the "Infringing
6  Merchandise") bearing the trademarks, servicemarks, likenesses, or tour logos of the
7  artist known as **"ELTON JOHN"** (collectively, the "Trademarks").
8      **AND IT APPEARING TO THE COURT** that Defendants are about to sell
9  and distribute the Infringing Merchandise bearing any or all of the Trademarks as
10 set forth in Plaintiff's complaint and declarations, and will continue to carry out such
11 acts unless restrained by order of the Court;
12     **AND IT APPEARING TO THE COURT** that immediate and irreparable
13 injury, loss or damage will result to the Plaintiff before Defendants can be identified
14 and given notice and their attorneys can be heard in opposition to the granting of the
15 temporary restraining order, in that the Defendants are preparing to manufacture,
16 distribute and sell Infringing Merchandise as set forth in the Plaintiff's complaint,
17 and that, unless said Defendants are enjoined from said manufacture, distribution,
18 and sale, the Plaintiff will suffer immediate and irreparable injury and harm in the
19 form of a loss of income, lessening and dilution of the value of the Trademarks,
20 interference with Plaintiff's ability to exploit, market and license its merchandising
21 rights, confusion in the marketplace as to the duly authorized source of merchandise
22 depicting the Trademarks, and impairment of the good will Plaintiff and its licensors
23 have in the said Trademarks;
24     **IT IS FURTHER ORDERED** that pending hearing and determination of
25 this application, or the expiration of ten (10) court days from the date hereof, the
26 Defendants, their agents, servants, employees, attorneys, successors and assigns and
27 all persons, firms and corporations acting in concert with them, and each of them, be
28 and hereby are temporarily restrained from manufacturing, distributing and selling

1  Infringing Merchandise bearing the any or all of the Trademarks;

2  **AND IT IS FURTHER ORDERED** that pursuant to 1116 (a), the United
3  States Marshal, for this District or any district in which Plaintiff enforces this order,
4  the state police, local police or local deputy sheriffs, off duty officers of the same,
5  and any person acting under their supervision, are hereby authorized to seize and
6  impound any and all Infringing Merchandise bearing any or all of the **ELTON**
7  **JOHN** Trademarks which Defendants attempt to sell or are holding for sale,
8  including any from any carton, container, vehicle, or other means of carriage in
9  which the Infringing Merchandise is found from six (6) hours before to six (6) hours
10 after any performance of the tour within a ten (10) mile vicinity of the halls,
11 stadiums or arenas at which said Tour shall be performing, including but not limited
12 to the Honda Center in Anaheim, California on March 28 and 30, 2009;

13 **AND IT IS FURTHER ORDERED** that this order be and is hereby
14 conditioned upon Plaintiff's filing with the Clerk of this Court an undertaking in the
15 form of a bond, certified check, or cash in the amount of $ 5,000 no later than
16 March 27, 2009 to secure the payment of such costs and damages not to exceed
17 such sum as may be suffered or sustained by any party who is found to be
18 wrongfully restrained hereby;

19 **AND IT IS FURTHER ORDERED** that this temporary restraining order is
20 conditioned upon the Plaintiff's advancing to the law enforcement officers such sum
21 as is required by the same to cover the fees for their said services, in the event
22 Plaintiff seeks their services in this or any other district;

23 **AND IT IS FURTHER ORDERED** that service of a copy of this order to
24 show cause together with the complaint upon which it is based, be made upon the
25 Defendants by the United States Marshal, state or local police, local deputy sheriffs
26 or by any person over the age of eighteen (18) years not a party to this action
27 selected for that purpose by the Plaintiff, at the time of the seizure provided herein is
28 effected and that such service shall be deemed good and sufficient;

**AND IT IS FURTHER ORDERED** that the process server shall offer a receipt to each person from whom Infringing Merchandise is seized and that the Plaintiff shall be deemed substitute custodian for all Infringing Merchandise seized;

**AND IT IS FURTHER ORDERED** that each and every defendant served with a copy of this order promptly, courteously and peaceably identify himself or herself to the aforementioned process server and that the process server or agents for Plaintiff be allowed to photograph, video tape or otherwise identify the Defendant;

**AND IT IS FURTHER ORDERED** that Defendants' responsive papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering copies to its counsel on or before 4/2, 2009. Any reply shall be filed by the Plaintiff and served upon each appearing defendant or his/her counsel on or before 4/6, 2009. Plaintiff is to provide copies of all other filed pleadings at the request of any identified defendant;

**AND IT IS FURTHER ORDERED** that any defendant who is hereafter served with a copy of this order who objects to the provisions hereof may submit his or her objections to this Court or otherwise move for relief from this Court according to the Federal Rules of Civil Procedure, but no such objection shall serve to suspend this Order or stay the terms herein unless otherwise ordered by this Court.

**IT IS SO ORDERED.**

Dated: March 24, 2009
At: 3:00 p.m.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented By:

_____
Cara R. Burns (SBN: 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street, Suite 300
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725